**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 902 MAL 2014
: 
                Respondent        : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
          v.                  :
:
:
:
EDWIN AYBAR,               :
:
                Petitioner         :


## ORDER


**PER CURIAM**

      **AND NOW**, this 17th day of March, 2015, the Petition for Allowance of Appeal is

**DENIED**.